IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD C. HUGHES,<br><br>    Plaintiff(s),<br>  v.<br>C. WILSON, et al.,<br><br>    Defendant(s)._____/ | No. C 07-3164 MJJ (PR)<br><br>**JUDGMENT IN A CIVIL CASE** |

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial, hearing or review before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that Plaintiff's Complaint is DISMISSED for failure to state a claim upon which relief can be granted. Judgment is entered in favor of Defendants and against Plaintiff.

Dated: August 30, 2007                                   Richard W. Wieking, Clerk

                                                                          *[signature]*

                                                                          By: Edward Butler
                                                                          Deputy Clerk