UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD C. HUGHES,<br><br>        Plaintiff,<br><br>v.<br><br>C. WILSON et al,<br><br>        Defendant. | Case Number: CV07-03164 MJJ<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 30, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bernard Charles Hughes
Mule Creek State Prison
Prisoner Id D-22473
P.O. Box 409020
Ione, CA 95640-9000

Dated: August 30, 2007

Richard W. Wieking, Clerk
By: Edward Butler, Deputy Clerk